| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2021

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Rashan K. Franklin
**Plaintiff full name**

0023428
**Inmate No.**

v.

**CIVIL ACTION NO.** 7:21CV35

Superintendent Bobby Russell et.al   See Cover sheet
**Defendant(s) full name(s)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: Western Virginia Regional Jail authority 5885 West River rd. Salem, VA. 24153

B. Where did this action take place? 5885 West River rd. Salem, VA. 24153 (WVRJ)

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: ___0___
2. Case Number: ___0___

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   ____ No

1. If your answer is Yes, indicate the result:
_____
_____

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

_Please see attachments_
_// //_

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

_please see attachments_
_// //_

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

_Please see attachments_

G. If this case goes to trial do you request a trial by jury?  Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: _1/15/2021_    SIGNATURE: ___

VERIFICATION:
I, _MR. Rashan K. Franklin_, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _1/15/2021_    SIGNATURE: ___

In the United States District Court for the Western District of Virginia

Rashan K. Franklin
# 0023428
5885 West River rd.
Salem, VA. 24153

42 U.S.C. § 1983 Complaint
Demand for Jury trial
Civil action no:

V.

Superintendent Bobby Russell, in both his individual and official capacity. 5885 West River rd. Salem, VA. 24153

Major Hayes 5885 West River rd. Salem, VA. 24153

Captain Keller 5885 West River rd. Salem, VA. 24153

Captain Booher 5885 West River rd. Salem, VA. 24153

Grievance Coordinator L. Helmick 5885 West River rd. Salem, VA. 24153

Officer Maddy 5885 West River rd. Salem, VA. 24153

Officer Brown 5885 West River rd. Salem, VA. 24153

Officer Sawyer 5885 West River rd. Salem, VA. 24153

Sgt. Umberger 5885 West River rd. Salem, VA. 24153

Wellpath Medical 1283 Murfreesboro rd. Ste. 500 Nashville, TN. 37217

Medical Director Dr. David McDonald 5885 West River rd. Salem, VA. 24153

The above named individuals are all being named as Defendants In the action by the Plaintiff as in both their individual and Official Capacity.

## Jurisdiction

This Court has Jurisdiction to hear and proceed in this matter pursuant to U.S.C. § 1983 as the Plaintiff, a Prisoner alledges herein violations of his eigth and fourteenth amendment rights by the Defendants named in this action.

## Plaintiff

The Plaintiff, Rashan K. Franklin, is and was at all times mentioned herein, a sentence not yet imposed, but alledged by Danville Circuit Court, And Federal Court of the Western District of Virginia. The Plaintiff was transfered to the Western Virginia Regional Jail (WVRJ) from Danville City Jail on 7/14/20 to be held in Lieu of trial.

## Defendant

The Defendants are and were at all times mentioned herein Employees of the Western VA. Regional Jail (WVRJ), or were Contracted by (WVRJ) to provide Security and/or Health services to inmates housed at this facility. The (WVRJ) operates as a Regional Jail Authority, Contracting with other local, State, and federal agency's to house inmates. The (WVRJ) charges both the inmates and the agency they are sent from: Room and board expenditures and/or fees. The Defendants duties and responsibilities include but not limited to, the training, Supervision, and Job assignments of staff. The Defendants are further responsible for the development of operational policies, rules, regulations, and other proceedures. The Defendants who at all times are mentioned herein, had legal Custody of the Plaintiff, and were therefore by law responsible for the safety, security, and the health of the Plaintiff.

## Administrative Remedies

The plaintiff herein gives this Court notice that his responsibility to exhaust the administrative remedies have been completed. The administration has determined that because the plaintiff seeks compensation, that his grievance is "non-grievable" because the remedy sought is unavailable. Although the plaintiff has exhausted his administrative remedies, which took some time, the United States Supreme Court's recent ruling in Valentine V. Collier no. 20A70 Nov. 16, 2020 regarding Covid-19, grievances would apply here in this matter, as this Complaint alleges the defendants failure to prepare, respond, and to adequately treat Covid-19 (Positive) complaints and grievances from the Plaintiff and other inmates as serious.

At least one inmate, MR. Michael Dowdy has died while awaiting a response to his complaints regarding Covid-19 Issues here at (WVRJ).

## Facts

1. The plaintiff was transferred to Western Virginia Regional Jail on 7/14/20 from another facility.
2. The Plaintiff is being held at (WVRJ) for federal jurisdiction.
3. The Plaintiff is a 29 yr. old male who suffers from Asthma and has respitory issue in relationship to Allergies as well.
4. The Plaintiff, upon arrival was Quarentined for (7) seven days upon his arrival, and subsequentially tested negative. 7/14/20
5. Plaintiff did test positive when tested a second time on 10/29/20, along with several others in his living area.

6. When plaintiff and others in his unit expressed their valid concerns to Sgt. Umberger his response on 10/30/20, was "I don't give a fuck about none of you, you all bitchin' and saying the same shit, I'm only worried about getting it and my family."
7. Plaintiff was in 3E unit and among some of the first to be exposed to the virus.
8. Plaintiff asserts that the slider door (EE6) door was used everyday on all shifts, which allowed the virus to travel.
9. Captain's Keller and Booher began to shuffle people around the jail back and forth.
10. Plaintiff was moved as negative, then moved back as positive.
11. 10 individual were moved for being positive, but moved back 5 days later saying they weren't suppose to be moved.
12. Plaintiff filed multiple medical request for services due to aggravating complications from the virus' effects on his breathing.
13. Plaintiff recieved no verbal or written responses to his repeated request to Wellpath medical services.
14. Plaintiff was finally given just (1) one breathing treatment for his discomfort.
15. Plaintiff was never seen for treatment for his asthma or severe headaches.
16. Plaintiff's family called to complain out of fear for their family member who was not being given treatment.

17. On or about the 31st of October, or beginning of Nov., the Superintendant Bobby Russell, Capt. Keller, and Capt. Booher made the decision to except over 35 inmates who were all positive for Covid-19 virus into the (WVRJ) thereby exposing its staff and the full population to a deadly virus.

18. That decision made by the defendants resulted in the fatal death of at least (1) one person thus far.

19. The Plaintiff Complained to defendant Officer Brown about his fear and Concerns and asks to speak to a Captain or the Major, Brown told him not to worry cause its not as bad as everyone thinks. Defendant Brown tested positive himself and was then working while infected.

20. The plaintiff was effectively faced with being around those inmates from Franklin Co. who were positive upon arrival.

21. Defendant Russell never implemented a plan before the onset of virus outbreak to effectively clean and disinfect, tablets, phones, books, showers, cell, etc. things that are shared by the population.

22. Defendants Capt Keller & Booher failed to ensure the showers to be properly sanitized and ended the use of trustees from cleaning the showers once a week.

23. On Nov. 11, 2020 Defendant C/O Maddy opened and left open a security door seperating 1E & 4E while inmates mingled and made physical contact.

24. Defendants decided to continue the use of the trays to feed the population even after the outbreak occured.

25. Defendant L. Helmick used Red-Tape measures regarding grievances.

26. Defendants Wellpath Med. Service and Dr. David McDonald and their staff began to practice treating Covid issues as "Routine"

27. The 3E unit is next to 4E seperated by a sliding security door marked as EE6, Defendant Sawyer used this door to make his rounds rather than going about another route. This was done before 4E has been designated as being tested or positive for the virus.

28. When C/O Sawyer was asked why he was using the door, he replied "It don't matter, we all gon' get the shit anyway."

29. Officer at (WVRJ) were openly expressing that they were angry and upset because they were getting sick and would possibly infect their families, stating that inmates got them sick.

30. Defendant Maddy told 2 inmates in Plaintiffs presence that "He and other officers didn't give a shit what happens because inmates could file lawsuit and should do it, but they can't because Virginia is a right to work State."

## Claims

First Cause of action

The actions of the defendants described in paragraphs 1-30 of facts are hereby incorperated herein as if re-alledged, violated the plaintiffs (8th and 04th) amendments Rights to the U.S. Constitution when they:

    1. failed to protect the plaintiff from the risk of contracting Covid-19 when they excepted over 30 positive cases without the adequate preperations for a possible outbreak that they knew or should have known could occure through a risk assesment.

## Claims Cont

2. Created situations that allowed the virus to spread throughout the Jail, exposing inmates who were positive to those that were negative.
3. Failed to provide the plaintiff and Jail population with proper and adequate PPE - personal protective Equipment:
   A) When the pandemic first began.
   B) And or when they exposed the plaintiff and the Jail to over 35 positive Covid-19 inmates.
4. Failed to clean and or disinfect Cells, Books, telephones, TV remote, tablets and medical equipment such as blood pressure cuffs, etc. between uses and or issuances of inmates.
5. Effectively failed to answer and provide grievance forms in apparent attempts to delay and/or effectively deny access to the court system.

## Second Cause of Action

The actions of the defendants are described in paragraphs 1-30 and the Just cause of action are hereby incorporated herein as if re-alledged, Violated the plaintiffs 8th & 14th Amendment. The 8th - Right to protect from harm, the 14th Right to Due process when they:

1. Intentionally exposed the plaintiff to other inmates from another facility, and/or housing unit who they knew were positive for the Covid-19 virus, without having an adequate plan to prevent the plaintiff and the rest of the inmate population from getting the virus. 2. Came to work while Covid-19 positive thereby effectively exposing the plaintiff and the

Claims cont.

inmate population to the virus.

3. Refused to deliver and/or process grievances.

4. Created unsafe living conditions at WVRJ.

5. Cause fear, pain, and suffering to plaintiff that could have resulted in death by renting out bed-space to Franklin Countys' overflow who were known to be Covid-19 positive.

## Relief

1.) The plaintiff seeks a Declatory Judgement from this Court declaring the actions of the Defendants to have been a wanton, reckless, and deliberately indifferent act to the health and safety of not only the plaintiff, but its employees.

2.) The Plaintiff seeks an injunction - Preventing the Defendants from taking on anymore inmates with Covid-19, and that defendants begin cleaning cells, tablets, phones, showers, etc. between use by inmates; and develope a completely new and sanitized method for serving food to inmates rather than using the same old trays.

3.) The plaintiff seeks monetary Relief as such - The plaintiff seeks $1,000,000 in punitive damages from each defendant in both their individual and official capacity.

The plaintiff seeks: $1,000,000 in Compensatory damages from each defendant in both their individual and official capacity.

The plaintiff seeks: $1,000,000 in nominal damages from each defendant in both their individual and official capacity.

Submitted by Plaintiff Pro-se
MR. Rashou K. Franklin #0023428
Western VA. Regional Jail 5885 West River rd
Salem, VA. 24153

Rashan Karriem Franklin 00-23428



**Western Virginia Regional Jail**
5885 West River Road
Salem VA 24153

42424

Clerk
United States
210 Franklin
Roanoke, Virg

  

)istrict Court
l Road S.W. Suita 540
inia 24011-2208

WVRJ INMATE
JAN 2 0 2021
LEGAL MAIL